1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL MIRANDA, | ) | No. SACV 15-1935 GHK (FFM) |
|                Petitioner, | ) | |
| | ) | JUDGMENT |
|    v. | ) | |
| CALIFORNIA SUPREME COURT, et al., | ) | |
|                Respondents. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED: __01/08/2016_____


_____

GEORGE H. KING

United States District Judge